# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

KARL W. SCHENKER,

Plaintiff,

v.

JAMES COX,

Defendant.

Case No.: 3:14-cv-00057-MMD-WGC

ORDER

Plaintiff has submitted a petition for a writ of mandamus. He also has paid $5.00. However, the filing fee for all actions other than a petition for a writ of habeas corpus is $350.00. 28 U.S.C. § 1914(a). Plaintiff will need to pay the balance of the filing fee before this case may proceed.

It is therefore ordered that plaintiff shall make the necessary arrangements to pay the balance of the filing fee, $345.00, accompanied by a copy of this order. In the alternative, plaintiff shall file another application to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall send plaintiff a blank application form for incarcerated litigants. Plaintiff shall have thirty (30) days from the date on which this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 18th day of March 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE