UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KARL W. SCHENKER, | Case No. 3:14-cv-00057-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JAMES COX, | |
| Defendants. | |

The Court directed plaintiff either to pay $345, the unpaid balance of the filing fee of $350, or to file an application to proceed *in forma pauperis*. Order (dkt. no. 8). Plaintiff has submitted an opposition or motion for reconsideration (dkt. no. 9). He argues that this is not a civil rights action pursuant to 42 U.S.C. § 1983. The argument is irrelevant. The filing fee in any civil action is $350, with the exception of a petition for a writ of habeas corpus. 28 U.S.C. § 1914(a). Because this action is not a habeas corpus petition, the filing fee is $350.

Plaintiff also has submitted a voluntary motion to dismiss (dkt. no. 10), which the Court grants.

It is therefore ordered that plaintiff's opposition or motion for reconsideration (dkt. no. 9) is denied.

It is further ordered that plaintiff's voluntary motion to dismiss (dkt. no. 10) is granted. This action is dismissed without prejudice. The Clerk of the Court shall enter judgment accordingly.

DATED THIS 2nd day of April 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE